UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charles Richard Cons

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

United States Treasury
, et al

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

12 Civ. 2265 (__) (__)

**AFFIRMATION IN OPPOSITION
TO MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2013

I, Charles R Cons, **affirm under penalty of perjury that:**

1.   I, Chas R Cons, am the plaintiff/defendant in the above entitled action, and
*(name)*                          *(circle one)*

respectfully submit this affirmation in opposition to the motion dated _____, 20__,
*(date of motion)*

made by Chas R Cons asking that the court order the following relief:
*(name of moving party)*

See attached statement, two pages to judge
*(state what the moving party wants the judge to order)*

_____

2.   I have personal knowledge of facts which bear on this motion because _____

_____
*(state the basis on which you learned of the relevant facts)*

3.   The motion should be denied because *(state your reasons using additional paragraphs and sheets of paper as necessary)*

See attached
_____

_____

4.   In view of the foregoing, it is respectfully submitted that the motion should be denied.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated:  NY City, NY
*(city)*        *(state)*
May ____, 20 13
*(month)*  *(day)*  *(year)*

Signature Charles R Cons
Address 310 East 85th St
NY. City NY. 100

Telephone Number _____
Fax Number *(if you have one)* _____

*Rev. 05/2010*

Judge:

This main statement is illegal de-portation from England to America, by American Consulate of London, the clerk of the Consulate was there only three days, apologized for lack of knowledge, she did not know the statute on over staying visa due to hospital stay — the visa of three months — I over stayed my visa by a stay of 5 months in Mudsley hospital in London, I was told I had to leave England, by her and the Consulate — According to the Brazilian Consulate, The statute of over staying your visa (ninty days) states you go to the police head quarters and they extend your visa the time of overage of hospital stay — the clerk at The American Consulate did not know this, I did not know this — I was re-quired to pay for a ticket to America, 781 dollars with fees of interest —

II.

• I felt tho interest was too high, why should I pay for this, tho ticket when tho American Consulate was at fault ___ I've boon here two years writing to return, fourteen months with count on the situation, I think I should be compensated for ticket, foes, interest and time involved ___ I did ask for changes in tho original complaint, onclosed is a copy ___

Cordially
Charles R Cons

# South London and Maudsley NHS

## NHS Foundation Trust

Geoff Ward
AL1
The Maudsley Hospital
Denmark Hill
SE5 8AZ
020 3228 2724
geoff.ward@slam.nhs.uk

26th July 2010

The Royal Courts of Justice
Strand
London
England
WC2A 2LL

Dear Sir/Madam,

I am writing to confirm that Mr Charles Coors, DOB: 10/08/1939 of 287 Arlington Street, Arlington, USA, ZZ99 7AZ, has been an inpatient on AL1 at the Maudsley Hospital ward since 15/05/2010 and is an informal patient. Mr Coors is an American Citizen.

Recently, Mr Coors has received £10 a week from an emergency fund through the Maudsley Hospital Welfare Office as Mr Coors does not seem to have access to any funds.

Please do not hesitate to contact me you have any further questions.

Yours Sincerely

Geoff Ward

Geoff Ward
Ward Manager
AL1

Judge:

Amount owed for airline ticket from London to New York — hospital stay of five months over stayed my visa — main issue — over payment request on interest amount — 50% not normal 10% — main issue may be illegal — hospital stay exempt from 90 day visa —

Charles Coors

P.S. Can I have damages on this —

UNITED STATES DEPARTMENT OF STATE
PASSPORT WILL CALL PICKUP RECEIPT

------------------------------------------------------------

APPLICANT:                                    COORS
APPLICATION NUMBER:                       115447196
BORN ON:                                AUG 10, 1939

THE PASSPORT(S) FOR THE ABOVE MENTIONED
APPLICANT(S) WILL BE READY ON

THU. MAR 15 2012 10:00AM

AND MAY BE PICKED UP ANYTIME THEREAFTER DURING
AGENCY WILL CALL HOURS OF 10:00 AM - 4:00 PM,
MONDAY THROUGH FRIDAY EXCEPT HOLIDAYS.

DO NOT APPEAR BEFORE YOUR PICK-UP TIME.

IF YOU WISH TO AUTHORIZE SOMEONE ELSE TO PICK UP
YOUR PASSPORT, PLEASE COMPLETE THE FOLLOWING
STATEMENT (IF THE AUTHORIZATION IS NOT COMPLETED
PROPERLY THIS WILL RESULT IN THE PASSPORT NOT
BEING RELEASED).

I. _____
        (Print Name of Passport Bearer)

AUTHORIZE _____
           (Print Name of Authorized Person)

TO PICKUP UP MY/OUR PASSPORT(S) OR DISCUSS THE
STATUS OF MY/OUR APPLICATION(S) WITH A MEMBER
OF THE PASSPORT SERVICES STAFF.

_____
  (Signature of Passport Recipient)    (Date)

UPON RECEIPT OF PASSPORT(S), PASSPORT SERVICES
STAFF WILL REQUIRE THE RECIPIENT TO PROVIDE
IDENTIFICATION AND SIGN THE LINE BELOW. PLEASE
DO NOT SIGN THE LINE BELOW WITHOUT PASSPORT
SERVICES STAFF PRESENT.

_____
(Signature of Bearer OR Authorized Person)  (Date)

FOR MORE INFORMATION, CALL THE NATIONAL PASSPORT
INFORMATION CENTER AT 1-877-487-2778, EMAIL
npic@state.gov, OR VISIT
http://www.travel.state.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Charles Richard Cox_

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

12 Civ. 2265 ( ) ( )

**AFFIRMATION OF SERVICE**

- against -

_United States Treasury, et al_

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

I, _Charle R Cox_ , declare under penalty of perjury that I have
        _(name)_

served a copy of the attached _Opposition to motion_
                                _(document you are serving)_

upon _A. Chidbury_ whose address is _____
     _(name of person served)_

_86 Chamber St New York City NY_
                _(where you served document)_

by _Certified — US Mail_
   _(how you served document: For example - personal delivery, mail, overnight express, etc.)_

Dated: _NY City_ , _NY_
        _(town/city)_   _(state)_

_May_ _30_, 20_13_
_(month)_  _(day)_  _(year)_

_Charle R Cox_
Signature

_310 East 35rd_
Address

_NY City, NY_
City, State

_10016_
Zip Code

_____
Telephone Number

_Rev 05/2007_