USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___FEB - 5 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHARLES RICHARD CORS,

                Plaintiff,

        -against-                      12 Civ. 2265 (LAK)

UNITED STATES OF AMERICA,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Defendant's motion for summary judgment dismissing the complaint [DI 25] is granted, substantially for the reasons set forth in the report and recommendation of Magistrate Judge Kevin Nathaniel Fox to which no objection has been filed.  The Clerk shall close the case.

       SO ORDERED.

Dated:      February 5, 2014

                                 Lewis A. Kaplan
                             United States District Judge